IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>             v.<br><br>DWIGHT BIVENS,<br><br>                  Defendant. | CASE NO.  1:24-MJ-00030-SAB<br>(Arizona case CR-17-01145-001-TUC-RCC)<br><br>ORDER UNSEALING SUPERVSIED RELEASE PEITITION AND ARREST WARRANT |

The United States having arrested the above titled defendant on the warrant for his violation of supervised and the need for sealing has ceased;

IT IS ORDERED that the supervised release violation petition and arrest warrant filed in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated: __March 14, 2024__     _____
UNITED STATES MAGISTRATE JUDGE

Unsealing Order     1