O AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Eastern District of California

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |
| DWIGHT PHILLIP BIVENS | Case No. *1:24-MJ-00030-SAB |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | cr-17-01145-001-tuc-rcc | 1:24-MJ-00030-SAB | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

____ Indictment ____ Information ____ Complaint **X** Other (specify) **Supervised Release Petition**

**charging a violation of** 18 **U.S.C.** 3583

**DISTRICT OF OFFENSE: DISTRICT OF ARIZONA**

**DESCRIPTION OF CHARGES:**
VIOLATION OF SUPERVISED RELEASE

**CURRENT BOND STATUS:**
____ Bail fixed at $_____ and conditions were not met
**X** Government moved for detention and defendant detained after hearing in District of Arrest
____ Government moved for detention and defendant detained pending detention hearing in District of Offense
____ Other (specify)

**Representation**  ____ Retained Own Counsel  **X** Federal Defender Organization  ____ CJA Attorney  ____ None

**Interpreter Required?**  **X** No  ____ Yes  Language:_____

**DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

**Mar 14, 2024**
Date

*/s/ Stanley A. Boone*
United States Magistrate Judge Stanley A. Boone

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |